UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

JORDAN LONG,

                Plaintiff,

-against-

HARLEM UNITED HCH, LLC, HARLEM UNITED; and Individually and Jointly, MATTHEW GOODE.

                Defendants.
-----------------------------------------------------------------

Civil Action No.: 22-cv-04486 (PAE)

**ORDER**

**It is HEREBY ORDERED that:**

1. Plaintiff's motion to enforce the subpoenas and HIPAA Authorizations served on medical/health providers 1164 Family Medicine/Dr. Rahim and Mount Sinai is GRANTED; and

2. The medical/health providers shall produce any and all documents responsive to Plaintiff's subpoena no later than November 30, 2022.

Failure to comply with the Order may result in sanctions.

                                                  SO ORDERED.

                                             *Paul A. Engelmayer*
                                             HON. PAUL A. ENGELMAYER
                                             UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         November 1, 2022